Anthony McCRANEY *v.* STATE of Arkansas

RC 89-20                                        775 S.W.2d 513

Supreme Court of Arkansas
Opinion delivered September 18, 1989

*Robert L. Scull*, for movant.

No response.

PER CURIAM.     We have previously dismissed a petition for rule on the clerk without prejudice. See *McCraney v. State*, 299 Ark. 410, 772 S.W.2d 597 (1989). Attorney Robert L. Scull, of Darrell F. Brown & Associates, P.A., has filed an affidavit admitting it was his fault that the record was not timely filed. Therefore, the petition for rule on the clerk is granted. A copy of this per curiam will be sent to the Committee on Professional Conduct.